United States District Court
Western District of New York

LINDA H. JOSEPH and
JEREMY A. JOSEPH

                                    Plaintiffs        Case No.: 1:13-CV-243

          V.

ROBERT GORODETSKY

                                    Defendant

**ENTRY OF DEFAULT**

IT APPEARING THAT DEFENDANT:

ROBERT GORODETSKY

IS IN DEFAULT FOR FAILURE TO APPEAR OR OTHERWISE DEFEND AS REQUIRED BY LAW.  DEFAULT IS HEREBY ENTERED AS AGAINST SAID DEFENDANT ON THIS 23rd DAY OF DECEMBER, 2013.

MICHAEL J. ROEMER, CLERK

By: s/Colleen M. Demma
     Deputy Clerk